

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before January 14, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court